## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

VALERIE BLANCO, on behalf of
herself and those similarly situated,

    Plaintiff,

v.                                            CASE NO: 8:10-cv-1817-T-26TBM

AMPCO SYSTEM PARKING, INC.,

    Defendant.
    _____/

## O R D E R

**UPON DUE CONSIDERATION** of the parties' submissions, it is **ORDERED AND ADJUDGED** that the Joint Motion to Approve Settlement Agreement (Dkt. 10) is **granted**. This case is dismissed with prejudice pursuant to the parties' settlement agreement over which this Court retains jurisdiction to enforce. The clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on October 12, 2010.

                                                  s/*Richard A. Lazzara*
                                                  **RICHARD A. LAZZARA**
                                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record